No. D–568. IN RE DISBARMENT OF MOUNTAIN. It is ordered that Richard Keith Mountain, of Newton, Kan., be suspended from the practice of law in this Court and that a rule issue, return-

able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.